IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CRAIG SPRINGER, individually and
as Next of Friend of his minor child, A.S.,

    Plaintiffs,

v.                                                      Case No. 1-23-cv-01137-MLG/JFR

ESTANCIA VALLEY CLASSICAL
ACADEMY, a New Mexico public school,
KIM ADDAMS, THERESA NUNNELEY,
BILL RICHARD,
AND STEPHEN DAUPHIN,

    Defendants.

## **JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Order filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case. It is ordered that this civil action is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA

1